UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:   18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINTS**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and defendants DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates 401(K) LLC Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Newsong Fellowship Church 401(k) Plan, Stacey Kaminer, Joan Schulman, David Schulman, Alexander Jamie Mitchell III, Darren Wittwer, Louise Kaminer, Robert Crema, and Acer Investment Group, LLC (the "Defendants" and with SKAT, the "Parties") that the time for the Defendants to answer or otherwise respond to the amended complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 [Doc. No. 317] shall be extended to and including Thursday, July 2, 2020.

This is the Parties' second request to modify the time for answering or responding to SKAT's amended complaints.  On May 14, 2020, this court granted SKAT and the Consolidated Defendants' (including the Defendants) first request to extend the time to answer or respond to

SKAT's amended complaints to June 29, 2020.  [Doc. No. 336].


Dated: June 25, 2020

| | |
|---|---|
| By: */s/ Marc A. Weinstein*<br>Marc A. Weinstein<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel: (212) 837-6000<br>marc.weinstein@hugheshubbard.com | By: */s/ John C. Blessington*<br>John C. Blessington<br>K&L Gates LLP<br>One Lincoln Street<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>T: 617.261.3100<br>john.blessington@klgates.com |
| *On behalf of Plaintiff Skatteforvaltningen* | *On behalf of DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates 401(K) LLC Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Newsong Fellowship Church 401(k) Plan, Stacey Kaminer, Joan Schulman, David Schulman, Alexander Jamie Mitchell III, Darren Wittwer, Louise Kaminer, Robert Crema, and Acer Investment Group, LLC* |

SO ORDERED:

_____

Hon. Lewis A. Kaplan

United States District Judge

-2-