**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to:       18-cv-05053,
18-cv-09797, 18-cv-09836, 18-cv-09837,
18-cv-09838, 18-cv-09839, 18-cv-09840,
18-cv-09841, 18-cv-10100

MASTER DOCKET

18-md-2865 (LAK)

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**DEADLINES RELATED TO THIRD-PARTY DEFENDANT**
**ED&F MAN CAPITAL MARKETS, LTD.'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiffs
Darren Wittwer, Robert Crema, and Acer Investment Group, LLC (the "Third-Party Plaintiffs")
and Third-Party Defendant ED&F Man Capital Markets, Ltd. ("Third-Party Defendant" and with
the "Third-Party Plaintiffs," the "Parties") that:

1. The Third-Party Plaintiffs shall respond to the Third-Party Defendant's Motions to
   Dismiss [Doc. Nos. 573 & 575] on or before May 21, 2021,

2. The Third-Party Defendant shall file any reply memoranda of law on or before June
   15, 2021.

This is the Parties' second request to modify the time for motion practice related to the
Third-Party Plaintiffs' claims against the Third-Party Defendant.  On February 18, 2021, this Court
granted the Parties' first request to extend the time for answers or motion practice in response the
Third-Party Plaintiffs' third-party complaints.  [Doc. No. 537].

Dated: May 12, 2021

By: */s/ Neil S. Binder*                                                By: */s/ John C. Blessington*

Neil S. Binder                                                        John C. Blessington

Binder & Schwartz LLP                                K&L Gates LLP

366 Madison Avenue, 6th Floor                      One Lincoln Street

New York, NY 10017                              State Street Financial Center

Telephone: 212-510-7031                         One Lincoln Street

Facsimile: 212-510-7299                         Boston, MA  02111

nbinder@binderschwartz.com                   T: 617.261.3100

                                                          john.blessington@klgates.com

*On behalf of Third-Party Defendant ED&F*     *On behalf of Darren Wittwer, Robert Crema,*
*Man Capital Markets, Ltd.*                          *and Acer Investment Group, LLC*

SO ORDERED:

_____

Hon. Lewis A. Kaplan

United States District Judge