## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:     18-cv-05053, 18-cv-09797, 18-cv-09836, 18-cv-09837, 18-cv-09838, 18-cv-09839, 18-cv-09840, 18-cv-09841, 18-cv-10100 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
DEADLINES RELATED TO THIRD-PARTY DEFENDANT
ED&F MAN CAPITAL MARKETS, LTD.'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiffs Darren Wittwer, Robert Crema, and Acer Investment Group, LLC (the "Third-Party Plaintiffs") and Third-Party Defendant ED&F Man Capital Markets, Ltd. ("Third-Party Defendant" and with the "Third-Party Plaintiffs," the "Parties") that:

1. The Third-Party Plaintiffs shall respond to the Third-Party Defendant's Motions to Dismiss [Doc. Nos. 573 & 575] on or before May 21, 2021,

2. The Third-Party Defendant shall file any reply memoranda of law on or before June 15, 2021.

This is the Parties' second request to modify the time for motion practice related to the Third-Party Plaintiffs' claims against the Third-Party Defendant. On February 18, 2021, this Court granted the Parties' first request to extend the time for answers or motion practice in response the Third-Party Plaintiffs' third-party complaints. [Doc. No. 537].

Dated: May 12, 2021

By: /s/ Neil S. Binder
Neil S. Binder
Binder & Schwartz LLP
366 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: 212-510-7031
Facsimile: 212-510-7299
nbinder@binderschwartz.com

*On behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.*

By: /s/ John C. Blessington
John C. Blessington
K&L Gates LLP
One Lincoln Street
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T: 617.261.3100
john.blessington@klgates.com

*On behalf of Darren Wittwer, Robert Crema, and Acer Investment Group, LLC*

SO ORDERED:

 /s/ Lewis A. Kaplan / PCM    May 13, 2021

Hon. Lewis A. Kaplan

United States District Judge

-2-